IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: MOON GROUP INC., *et al.*, ) | Chapter 11 |
| ) | Case No. 21-11140 (JKS) |
| Debtors. ) | (Jointly Administered) |
| ) | |
| DON A. BESKRONE, CHAPTER 7 ) | Adv. Proc. No. 21-51176 (JKS) |
| TRUSTEE OF MOON GROUP, INC., *et al.*, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| KORE CAPITAL CORPORATION, ) | Misc. No. 22-470 (MN) |
| ) | |
| Defendant. ) | |

## **ORDER**

At Wilmington this 6th day of June 2023:

For the reasons set forth in the accompanying Memorandum Opinion issued on this date, IT IS HEREBY ORDERED that:

1. The Motion for Leave to Appeal Interlocutory Order (D.I. 1) is GRANTED.

2. The parties are DIRECTED to confer and submit a proposed briefing schedule on the merits of this appeal with ten (10) days of this Order.

3. The Clerk is DIRECTED to transfer this miscellaneous matter to the civil docket.

*Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge